w/o

ORIGINAL

SEALED

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 SEP -9  PM 2: 16

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. TRACY GARSTKA, et al., | § § § | Civil Action No. 3-11-cv-0486-P |
| Plaintiffs, | § § | |
| v. | § § | FILED IN SEALED CASE |
| MEDTRONIC, INC., d/b/a MEDTRONIC DIABETES, et al., | § § § § | |
| Defendants. | § § | |

## THE GOVERNMENT'S NOTICE OF PARTIAL INTERVENTION FOR SETTLEMENT PURPOSES

1.  Pursuant to the terms and conditions of a written settlement agreement (Agreement), the United States of America (Government) notifies the Court of its intention to partially intervene in this civil action against defendants Medtronic, Inc. d/b/a Medtronic Diabetes and Medtronic Minimed, Inc. d/b/a Medtronic Diabetes, Inc. (collectively "Medtronic") only, as to the allegations within the complaint and described as the covered conduct set forth in the Agreement.

2.  The Government is declining to intervene as to all remaining defendants or allegations not specifically included in the covered conduct of the Agreement.

3.  No complaint therefore will be served on any defendant by the Government.

4. The Agreement has been sent to the parties for approval. Upon final execution of the Agreement and payment of the settlement amount, the Government and relators will file a joint stipulation of dismissal.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
Sean McKenna
Assistant United States Attorney
Texas Bar No. 24007652
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214.659.8600
Facsimile:    214.659.8805
Email:          sean.mckenna@usdoj.gov

Attorneys for the United States of America and
On Behalf of the State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2013, a copy of the foregoing pleading and proposed Order were sent via electronic mail to all counsel of record.

_____
Sean McKenna
Assistant United States Attorney