ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF T...
FILED
JUN 23 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.*, TRACY GARSTKA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC, INC., d/b/a MEDTRONIC DIABETES, *et. al.*, <br><br> Defendants. | Civil Action No. 3:11-CV-0486-P <br><br> <u>FILED IN SEALED CASE</u> |

## ORDER

Upon consideration of the motion of the United States of America for an order unsealing (1) the Amended Complaint [doc. #17]; (2) the Notice of Partial Intervention for Settlement Purposes [doc. #27]; (3) the Joint Stipulation of Partial Dismissal of Civil Action [doc. #28] and accompanying Order [doc.#29]; (4) the Stipulation of Dismissal of State Supplemental Claims [doc. #33]; and (5) the Motion to Unseal and this Order in the above-captioned False Claims Act *qui tam* action, and good cause having been demonstrated, the motion is GRANTED and

IT IS HEREBY ORDERED, that the (1) the Amended Complaint [doc. #17]; (2) the Notice of Partial Intervention for Settlement Purposes [doc. #27]; (3) the Joint Stipulation of Partial Dismissal of Civil Action [doc. #28] and accompanying Order [doc.#29]; (4) the Stipulation of Dismissal of State Supplemental Claims [doc. #33]; and

(5) the Motion to Unseal and this Order be unsealed;

IT IS FURTHER ORDERED that any pleadings filed in this case after the date of this Order shall not be filed under seal unless otherwise ordered by this Court; and

IT IS FURTHER ORDERED that all other filings shall remain under seal.

SO ORDERED.

Dated this 23rd day of June 2014.

_____
HONORABLE JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE